1 karenchaedestroy

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Agana, Guam 96910
Telephone: (671) 472-7332/7283
6 Telecopier: (671) 472-7334

7 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 23 2005 ﾊP
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KAREN CHAE,<br>YU MI CHUNG, and<br>PETER PARK,<br><br>  Defendants. | CRIMINAL CASE NO. 03-00059<br><br>**MOTION OF PARTIES FOR<br>DESTRUCTION OF EVIDENCE** |

The parties in the above-entitled matter hereby moves this Honorable Court for an entry of an order permitting the Immigration and Customs Enforcement to destroy articles seized from the possession of the defendant in this prosecution and bearing counterfeit marks as itemized in Attachment A. This stipulation is made pursuant to 18 U.S.C. § 2320(b), which provides that upon a determination by a preponderance of the evidence that an article in the possession of the defendant bears counterfeit marks, the Untied States may obtain an order for the destruction of such articles. The parties hereby motion that the articles seized by Immigration and Customs

25 //
26 //
27 //
28 //

| | |
|---|---|
| 1 | Enforcement as shown in Attachment A under this case number are counterfeit and thereby |
| 2 | subject to destruction. |

09/21/05
DATE

_____
MUN SU PARK
Attorney for Defendant Karen Chae

9/21/05
DATE

_____
JOHN GORMAN
Attorney for Defendant Yu Mi Chung

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

9/20/05
DATE

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# ATTACHMENT A

| | | | | |
|---|---|---|---|---|
| A. | 12 Louis Vuitton bags | | A. | 30 Hunting World bags |
| B. | 20 Louis Vuitton bags | | B. | 75 small Prada bags |
| C. | 12 Louis Vuitton bags | | C. | 40 assorted Prada bags |
| D. | 14 Louis Vuitton bags | | D. | 12 assorted Prada bags |
| E. | 6 Louis Vuitton bags | | E. | 25 Chanel bags |
| F. | 30 Louis Vuitton bags | | F. | 5 Chanel bags |
| G. | 15 Chanel bags | | G. | 30 Louis Vuitton bags |
| H. | 30 Louis Vuitton wallets | | H. | 12 Louis Vuitton bags |
| I. | 20 Louis Vuitton wallets | | I. | 94 assorted Louis Vuitton flat goods |
| J. | 15 Prada wallets | | J. | 23 Louis Vuitton straps |
| K. | 25 Rolex watches | | K. | 15 assorted Chanel flat goods |
| L. | 45 Prada emblems | | L. | 7 Cartier wallets |
| M. | 20 Chanel shirts | | M. | 22 Dunhill wallets |
| N. | 11 Gucci bags | | N. | 4 Hunting World wallets |
| O. | 102 Louis Vuitton key straps | | O. | 8 assorted Prada flat goods |
| P. | 54 Gucci key straps | | P. | 37 assorted Chanel jewelry |
| | | | Q. | 7 Chanel belts |
| | | | R. | 2 Gucci sunglasses |
| | | | S. | 3 Chanel sunglasses |
| | | | T. | 11 Cartier watches |
| | | | U. | 30 Rolex watches |
| | | | V. | 45 Chanel earrings |
| | | | W. | 9 Bvlgari watches |
| | | | X. | 48 Chanel clothing, assorted styles |
| | | | Y. | 10 Fendi clothing |
| | | | Z. | 6 Giorgio Armani jackets |
| | | | AA. | 3 assorted Gucci clothing |
| | | | BB. | 9 Gucci watches |
| | | | CC. | 6 Cartier flat goods |
| | | | DD. | 7 Chanel bags |
| | | | EE. | 8 Louis Vuitton |
| | | | FF. | 24 assorted tie clips |
| | | | GG. | 12 Chanel emblems |
| | | | HH. | 18 Prada cards |
| | | | II. | 23 Prada labels |
| | | | JJ. | 49 Chanel cards |
| | | | KK. | 6 Louis Vuitton locks |
| | | | LL. | 26 assorted representative samples |