karenchaedestroy

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00059 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER FOR THE DESTRUCTION** |
| vs. | ) | **OF EVIDENCE** |
| | ) | |
| KARON CHAE, | ) | |
| YU MI CHUNG, and | ) | |
| PETER PARK, | ) | |
| | ) | |
| Defendants. | ) | |

This matter having come before the Court on a motion of the parties for an order permitting the Immigration and Customs Enforcement to destroy articles seized from the possession of the defendant in this prosecution and bearing counterfeit marks, pursuant to 18 U.S.C. § 2320(b), and the Court having considered the submissions of counsel; and for good cause shown,

IT IS THE FINDING OF THIS COURT, by a preponderance of the evidence, in this prosecution under 18 U.S.C. § 2320(a) that the articles seized from the possession of defendant

by the Immigration and Customs Enforcement bear counterfeit marks.

WHEREFORE, IT IS on this 28th day of September, 2005, ORDERED that the motion of the parties to permit the Immigration and Customs Enforcement to destroy articles seized from the possession of the defendant as shown in said stipulation of the parties and bearing counterfeit marks is granted, pursuant to 18 U.S.C. § 2320(b).

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam